

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2015

No. 04-14-00712-CV

**IN THE INTEREST OF A.F., C.J., JR., C.J., C.J.,** Children,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02455
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant Daniele Amezquita's brief was originally due on January 19, 2015. Appellant Amezquita filed her first request for an extension of time, requesting an additional twenty days. Appellant Amezquita's motion is GRANTED. Appellant's brief is due to be filed with this court *no later than February 9, 2015. Absent extenuating circumstances, no further extensions will be given.*

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2015.

Keith E. Hottle
Clerk of Court